IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


JUDY COX, on behalf of Darrell Clay Cox                                    PLAINTIFF

v.                    NO. 3:18-cv-00165 DPM/PSH

NANCY A. BERRYHILL, Acting Commissioner                               DEFENDANT
of the Social Security Administration


ORDER

Plaintiff Judy Cox ("Cox"), on behalf of Darrell Clay Cox, has filed an application to proceed in the district court without prepaying fees or costs, a submission the Clerk of the Court has construed as a motion for leave to proceed in forma pauperis. See Document 1. The Court has reviewed the motion and finds that it should be, and is granted. Cox may proceed without the prepayment of fees or costs or the giving of security. The Clerk of the Court shall issue, and the United States Marshal shall serve, a summons and copy of the complaint on the appropriate individuals.[1]

Cox is proceeding pro se. She is hereby notified of her obligation to comply with the Federal Rules of Civil Procedure as well as the Local Rules for the United States District Court for the Eastern District of Arkansas. Specifically, she is directed to Local Rule 5.5(c)(2), which provides the following:

---

[1] Cox filed her pro se complaint on behalf of her deceased son, Darrell Clay Cox, and challenged the final decision of the Acting Commissioner of the Social Security Administration. Liberally construing the complaint, Cox appears to be challenging the denial of her son's application for supplemental security income payments.

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 30th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE