IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JUDY COX, on behalf of
Darrell Clay Cox                                            PLAINTIFF

v.                          No. 3:18-cv-165-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                DEFENDANT

ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, № 13, and overrules Cox's objections, № 14. FED. R. CIV. P. 72(b)(3). Cox isn't a survivor who can recover her son's benefits. 20 C.F.R. § 416.542(b)(2). And there's no legal basis to award her the expenses she incurred in dutifully taking care of her son. The Court understands her frustrations with the system for disability benefits, as well as with her son's lawyers. The Court, however, must follow the governing law. The motion, № 8, is granted. This case will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

21 December 2018