IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JUDY COX, on behalf of
Darrell Clay Cox                                                                                           PLAINTIFF

v.                              No. 3:18-cv-165-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                                              DEFENDANT

## JUDGMENT

The case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 December 2018